**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  1:24-mj-03202-Louis

UNITED STATES OF AMERICA

v.

OSCAR JESUS MEDINA RODRIGUEZ and
HENYELBERT DARIO FERRER NAVARRO,

   Defendants.

_____/

FILED BY _____KAN_____ D.C.

Jun 20, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Timothy J. Farina*
Timothy J. Farina
Assistant United States Attorney
Court ID No. A5503150
99 Northeast 4th Street
Miami, Florida 33132
Telephone: (305) 961-9196
Email: Timothy.Farina@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:24-mj-03202-Louis |
| OSCAR JESUS MEDINA RODRIGUEZ and | ) |
| HENYELBERT DARIO FERRER NAVARRO, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 11, 2024 _____ in the county of _____ Miami-Dade _____ in the
_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(5) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Herbert Kyle Belga, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

Honorable Lauren F. Louis, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, ATF Special Agent Herbert Kyle Belga, being first duly sworn, does hereby depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter "ATF") and have been since May 2021. Prior to my assignment with ATF, I was a United States Marine, serving as a Commissioned Officer for approximately seven years. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF National Academy and ATF's Firearm Interstate Nexus Training course. As an ATF Special Agent, I have conducted and participated in investigations of a variety of federal crimes, including firearms and narcotics violations.

2.      The facts in this affidavit are based on my personal knowledge, information provided by other law enforcement officers, and information provided by witnesses, documents, and the sources described herein. This affidavit is submitted for the limited purpose of establishing probable cause that **OSCAR JESUS MEDINA RODRIGUEZ ("MEDINA RODRIGUEZ") and HENYELBERT DARIO FERRER NAVARRO ("FERRER NAVARRO")** committed the offense of Alien in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5) and 2, on or about June 11, 2024. As such, this affidavit does not include each and every fact known to law enforcement concerning this investigation.

## PROBABLE CAUSE

3.      On or about June 11, 2024, MEDINA RODRIGUEZ, FERRER NAVARRO, and another individual ("K.L.") arrived at Miami International Arms, a federal firearm licensee

1

("FFL") in Miami, Florida. MEDINA RODRIGUEZ and FERRER NAVARRO arrived in a blue Volkswagen SUV. At or about the same time, K.L. arrived at the FFL in a white sedan/hatchback.

4.        Individual 1 walked into the FFL and completed an ATF Form 4473 in connection with the purchase of twenty-four (24) semi-automatic AK-47 style rifles. Each firearm was placed in a long box. After K.L. completed the purchase of the 24 rifles, K.L., MEDINA RODRIGUEZ, and FERRER NAVARRO collectively placed the boxes of firearms into the trunk of the blue Volkswagen that MEDINA RODRIGUEZ and FERRER NAVARRO had arrived in, which was parked in the FFL parking lot. Once all of the firearms had been loaded into the trunk, MEDINA RODRIGUEZ and FERRER NAVARRO departed the FFL parking lot in the vehicle containing the firearms, while K.L. departed the FFL parking lot in his own separate vehicle.

5.        Law enforcement collected both interior and exterior surveillance video from the FFL which clearly show MEDINA RODRIGUEZ, FERRER NAVARRO, and K.L. arrive at the FFL in their respective vehicles. The surveillance video reveals K.L. purchasing the firearms and the firearms being placed into long, brown boxes, while MEDINA RODRIGUEZ, and FERRER NAVARRO were present inside the FFL with K.L. The surveillance video further shows K.L., MEDINA RODRIGUEZ, and FERRER NAVARRO loaded the firearm boxes into the vehicle MEDINA RODRIGUEZ and FERRER NAVARRO arrived at the FFL in.[1]

---

[1] The photographs below are screenshots from the surveillance video showing MEDINA RODRIGUEZ (black shirt and black hat) and FERRER NAVARRO (red shirt) loading the firearm boxes into the vehicle they arrived in.

 

6.      The surveillance video captured MEDINA RODRIGUEZ and FERRER NAVARRO departing the scene with the firearms.

7.      On or about June 18, 2024, MEDINA RODRIGUEZ, FERRER NAVARRO, and K.L. returned to the FFL, and law enforcement intervened.  At that time, law enforcement confirmed the identities of MEDINA RODRIGUEZ and FERRER NAVARRO and confirmed they were the same individuals shown in the surveillance videos discussed above.

8.      Additionally, law enforcement has spoken with personnel working at the FFL who have confirmed that MEDINA RODRIGUEZ, FERRER NAVARRO, and K.L. visited the FFL several times in June 2024 including on the occasions discussed above.

9.      Law enforcement databases confirm that MEDINA RODRIGUEZ and FERRER NAVARRO are citizens of Venezuela. The investigation revealed that MEDINA RODRIGUEZ entered the United Staes on a B2 Visa (Temporary visitor for pleasure/tourism) on or about November 6, 2019. MEDINA RODRIGUEZ was permitted to remain in the United States until May 5, 2020. MEDINA RODRIGUEZ failed to depart the United States by May 5, 2020.

10.     FERRER NAVARRO arrived in the United States on a B2 Visa on or about August 28, 2014. FERRER NAVARRO was permitted to remain in the United States until February 27, 2015. FERRER NAVARRO failed to depart the United States by February 27, 2015.

11.     Records checks reveal no evidence that MEDINA RODRIGUEZ or FERRER NAVARRO have received permission from the United Staes Attorney General or the Secretary of Homeland Security to be present in the United States.

12.     Your affiant, who is certified through ATF's Firearm Interstate Nexus Training course, reviewed the ATF Form 4473 that K.L. completed on June 11, 2024, to determine whether the firearms purchased would have travelled in interstate commerce. Your affiant has confirmed that all of the firearms identified in the ATF Form 4473, which MEDINA RODRIGUEZ and FERRER NAVARRO possessed on June 11, 2024, were manufactured outside the State of Florida, and therefore traveled in, and affected interstate commerce.

[This space intentionally left blank]

4

## CONCLUSION

Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to charge **OSCAR JESUS MEDINA RODRIGUEZ and HENYELBERT DARIO FERRER NAVARRO ("FERRER NAVARRO")** with violations of Title 18, United States Code, Sections 922(g)(5) (Alien in Possession of a Firearm) and 2.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
HERBERT KYLE BELGA
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn and subscribed before me
this ___ day of June 2024.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE